UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------x
ANGELA WAHAB, on behalf of herself and all others similarly situated,

                Plaintiff,

-v.-

SHOE CARNIVAL, INC. D/B/A SHOE STATION,

                Defendants.
------------------------------------------------------------------------x

Civil Action No:
1:23-cv-5618



## NOTICE OF VOLUNTARY DISMISSAL

IT IS HEREBY AGREED TO by the Plaintiff and Plaintiff's attorney, and the Defendant that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, that the above entitled action specifically with regard to the Defendant shall be and hereby is dismissed with prejudice and on the merits, without costs, or disbursements, or attorney's fees to any party pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, and that a dismissal with prejudice may be entered in the above entitled action pursuant hereto.

Dated: August 15, 2023

                Respectfully Submitted,

                /s/Mark Rozenberg
                Mark Rozenberg, Esq.
                **Stein Saks, PLLC**
                One University Plaza
                Hackensack, NJ 07601
                mrozenberg@steinsakslegal.com
                Tel. 201-282-6500
                Fax 201-282-6501
                *Attorneys for Plaintiff*

Dated: August 17, 2023
      New York, New York

SO ORDERED.

*Katherine Polk Failla*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE